# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0376. AMORWANDA CAMPBELL v. LESTER CAMPBELL.**

On February 22, 2022, the trial court entered a final judgment and decree of divorce dissolving the marriage of Amorwanda Campbell ("Wife") and Lester Campbell. On March 8, 2022, Wife filed a "Motion for Reconsideration/New Trial, Stay Judgment, and to Disqualify and/or Recuse." On May 3, 2022, Wife filed this application for discretionary appeal from the trial court's February 22 order. However, there is no indication in the application materials that the trial court has ruled on the Wife's motion for new trial. Because Wife's motion remains pending below, the February 22 order is not final, and Wife was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) and obtain a certificate of immediate review from the trial judge in order to appeal the February 22 order. See *Hann v. State*, 292 Ga. App. 719, 720 (1) (665 SE2d 731) (2008); *Drake v. Clutter*, 194 Ga. App. 644, 645 (391 SE2d 473) (1990). Moreover, OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Wife's failure to comply with the interlocutory appeal procedures set forth above deprives this Court of jurisdiction over this application. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __05/24/2022__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*